JEFF SILVESTRI, ESQ. (#5779)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100

MICHAEL J. KELLY
NEAL H. LEVIN
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VISIONQUEST INTERNATIONAL, INC. a Nevada corporation and JOHN BALDWIN,<br><br>Plaintiffs/Judgment Creditors,<br><br>v.<br><br>Y.K. CHEN a/k/a I-KENG CHEN, GEORGE TAN, GLOBAL MANA CORPORATION, a California corporation, MANA INTERNATIONAL, INC., a California corporation, ROBERT BRANNAN, CARLOS BLANCO and WILLIAM KIRBY WRIGHT,<br><br>Defendant/Judgment Debtors. | Case No. CV-S-97-01086-PMP (RLH)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO RENEW JUDGMENT AGAINST DEFENDANTS Y.K. CHEN a/k/a I-KENG CHEN, GEORGE TAN, GLOBAL MANA CORPORATION, AND MANA INTERNATIONAL, INC.** |

Upon consideration of the *ex parte* motion (the "*Motion*") of Plaintiffs/Judgment Creditors VisionQuest International, Inc. and John Baldwin to renew their judgment (the "*Judgment*") against Defendants/Judgment Debtors Y.K Chen a/k/a I-Keng Chen, George Tan, Global Mana Corporation, and Mana International, Inc. (collectively, "*Defendants*"); it appearing to the Court that (a) the Court has jurisdiction over the Motion; the Court finding notice of the Motion sufficient under the circumstances; and the Court being fully advised in the premises and having

determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion shall be, and hereby is, granted in all respects;

2. The *ex parte* relief requested in the Motion is appropriate under the circumstances; and

3. The Judgment shall be, and hereby is, renewed.

Dated: April __25__, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

::ODMA\PCDOCS\LVDOCS\356252\1