# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VISIONQUEST INTERNATIONAL, INC. a Nevada corporation and JOHN BALDWIN, <br><br> Plaintiffs, <br><br> vs. <br><br> Y.K. CHEN a/k/a I-KENG CHEN, *et al.*, <br><br> Defendants. | Case No.: 2:97-cv-01086-GMN-NA <br><br> **ORDER** |

Pending before the Court is Plaintiffs' Counsels' Motion to Withdraw as Attorney, (ECF No. 98), filed on May 6, 2022.

For the reasons discussed below, the Court **GRANTS** Plaintiffs Counsels' Motion to Withdraw as Attorney.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 11-6(b).  Furthermore, LR 11-6(e), provides that "no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case."  *See* LR IA 11-6(e).  Having reviewed the Motion, the Court finds that the requirements of LR IA 11-6(b) and (e) have been met.  Plaintiffs' Counsels have served notice on the affected clients and opposing counsel. (Mot. Withdraw Att'ys 4:1–5, ECF No. 98). Moreover, on October 29, 1998, Judgment was entered in this matter. (*Id*. 2:9).  Accordingly, Counsels' withdrawal will not result in delay of discovery, the trial, or any hearing in the case.

///

///

**IT IS HEREBY ORDERED** that Plaintiffs' Counsels' Motion to Withdraw as Attorney, (ECF No. 98), is **GRANTED**. Attorneys Jeff Silvestri of the law firm of McDonald Carano and Michael Kelly and Neal Levin of the law firm of Freeborn & Peters shall no longer represent Plaintiffs Visionquest International, Inc. and John Baldwin in this matter.

**DATED** this __13__ day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT